UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:

PAMELA ALLRED SUMNER                    CASE NO. 20-10825
3517 PINE LAKES DR                      JUDGE BENJAMIN A. KAHN
ASHEBORO, NC  27205

    DEBTOR

SSN(1) XXX-XX-4615                       DATE:  05/28/2021

---

## REPORT OF FILED CLAIMS

    Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BRIGHTER FINANCIAL | $6,040.52 | (S) SECURED |
| 285 N TALBERT BLVD | INT: 5.25% | |
| LEXINGTON, NC  27292 | NAME ID: 152439 | ACCT: 7132 |
| | CLAIM #: 0005 | COMMENT: OC,STORAGE BLDG |
| BRIGHTER FINANCIAL | $0.00 | (U) UNSECURED |
| 285 N TALBERT BLVD | INT: .00% | NOT FILED |
| LEXINGTON, NC  27292 | NAME ID: 152439 | ACCT: 7132 |
| | CLAIM #: 0006 | COMMENT: |
| GREENSBORO RADIOLOGY PA | $0.00 | (U) UNSECURED |
| P O BOX 63012 | INT: .00% | NOT FILED |
| CHARLOTTE, NC  28263 | NAME ID: 168994 | ACCT: 0326 |
| | CLAIM #: 0010 | COMMENT: |
| INTERNAL REVENUE SERVICE | $520.73 | (P) PRIORITY |
| P O BOX 7317 | INT: .00% | |
| PHILADELPHIA, PA  19101-7317 | NAME ID: 123769 | ACCT: 19TX |
| | CLAIM #: 0001 | COMMENT: OC |
| INTERNAL REVENUE SERVICE | $20.35 | (U) UNSECURED |
| P O BOX 7317 | INT: .00% | |
| PHILADELPHIA, PA  19101-7317 | NAME ID: 123769 | ACCT:  PEN |
| | CLAIM #: 0018 | COMMENT: |
| JEFFERSON CAPITAL SYSTEMS LLC | $6,568.89 | (U) UNSECURED |
| P O BOX 772813 | INT: .00% | |
| CHICAGO, IL  60677-2813 | NAME ID: 158804 | ACCT: 1686 |
| | CLAIM #: 0015 | COMMENT: 521TFCL |
| LVNV FUNDING LLC | $1,756.86 | (U) UNSECURED |
| % RESURGENT CAPITAL SERVICES | INT: .00% | |
| P O BOX 10587 | NAME ID: 43307 | ACCT: 5422 |
| GREENVILLE, SC  29603-0587 | CLAIM #: 0008 | COMMENT:  CREDIT ONE BANK |
| MARINER FINANCE LLC | $7,852.60 | (U) UNSECURED |
| 8211 TOWN CENTER DR | INT: .00% | |
| NOTTINGHAM, MD  21236 | NAME ID: 149311 | ACCT: 4301 |
| | CLAIM #: 0013 | COMMENT: |

PAGE 2  -  CHAPTER 13 CASE NO. 20-10825

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $0.00<br>INT: .00%<br>NAME ID: 9699<br>CLAIM #: 0002 | (P) PRIORITY<br>NOT FILED<br>ACCT: 4615<br>COMMENT: |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $3,828.74<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0011 | (U) UNSECURED<br><br>ACCT: 2009<br>COMMENT: HOME DEPOT |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $963.89<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0012 | (U) UNSECURED<br><br>ACCT: 7968<br>COMMENT: LOWES |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $503.00<br>INT: .00%<br>NAME ID: 68146<br>CLAIM #: 0016 | (U) UNSECURED<br><br>ACCT: 4046<br>COMMENT: SAM'S CLUB |
| PREMIER BANKCARD LLC<br>% JEFFERSON CAPITAL SYSTEMS LLC<br>P O BOX 772813<br>CHICAGO, IL  60677-2813 | $744.69<br>INT: .00%<br>NAME ID: 159089<br>CLAIM #: 0009 | (U) UNSECURED<br><br>ACCT: 6932<br>COMMENT: |
| RANDOLPH COUNTY TAX<br>725 MCDOWELL RD<br>ASHEBORO, NC  27205 | $0.00<br>INT: .00%<br>NAME ID: 9626<br>CLAIM #: 0003 | (P) PRIORITY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $87.65<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0007 | (U) UNSECURED<br><br>ACCT: 4755<br>COMMENT: BELK |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41031<br>NORFOLK, VA 23541 | $1,608.91<br>INT: .00%<br>NAME ID: 161980<br>CLAIM #: 0014 | (U) UNSECURED<br><br>ACCT: 5575<br>COMMENT: PAYPAL |
| TOYOTA MOTOR CREDIT CORPORATION<br>P O BOX 9490<br>CEDAR RAPIDS, IA  52409-9490 | $16,745.18<br>INT: 5.25%<br>NAME ID: 129788<br>CLAIM #: 0004 | (V) VEHICLE-SECURED<br><br>ACCT: 5185<br>COMMENT: 12LEXU |
| WAKE FOREST BAPTIST HEALTH<br>P O BOX 751727<br>CHARLOTTE, NC  28275 | $892.28<br>INT: .00%<br>NAME ID: 150660<br>CLAIM #: 0017 | (U) UNSECURED<br><br>ACCT: 4615<br>COMMENT: |
| **TOTAL:** | **$48,134.29** | |
| RONALD A ANDERSON ESQ<br>P O BOX 14639<br>ARCHDALE, NC  27263 | $4,335.00 | ATTORNEY FEE |

ANITA JO KINLAW TROXLER,
TRUSTEE
500 W FRIENDLY AVE STE 200
P O BOX 1720
GREENSBORO, NC  27402-1720

PAGE 4  -  CHAPTER 13 CASE NO. 20-10825

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office.  The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

Clerk, U.S. Bankruptcy Court
101 S. Edgeworth Street
P.O. Box 26100
Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court.  The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  05/28/2021                                   OFFICE OF THE CHAPTER 13 TRUSTEE

                                                    By:  /s/  Gayle McFarland
                                                         Clerk
                                                         Chapter 13 Office
                                                         500 W FRIENDLY AVE STE 200
                                                         P O BOX 1720
                                                         GREENSBORO, NC  27402-1720

cc:  Debtor
     Attorney for Debtor - Electronic Notice